HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL TARABOCHIA,

    Plaintiffs,

v.

OCEAN BEAUTY SEAFOODS, LLC, a foreign limited liability company; and BRISTOL BAY ICE LLC, an Alaskan limited liability company,

    Defendants.

NO. 2:19-cv-00937 RSL

**STIPULATION AND ORDER OF DISMISSAL**

## STIPULATION

IT IS HEREBY STIPULATED in accordance with FRCP 41(a), by and between Plaintiff Michalael Tarabochia, by and through his attorney, John G. Young, and Defendants Ocean Beauty Seafoods, LLC and Bristol Bay Ice LLC, by and through their attorney Donald K. McLean, that all claims that were in fact, or could have been, asserted in this action have been resolved, and that the action and all claims shall be dismissed with prejudice and without an award of costs or attorneys' fees to any party.

STIPULATION AND ORDER OF DISMISSAL- 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7033861.1

DATED this 28th day of February, 2020.

/s/ John G. Young
John G. Young, WSBA #12890
Williams Kastner & Gibbs, PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Email: jyoung@williamskastner.com

**Attorneys for Plaintiff**
**Michael Tarabochia**

/s/ Donald K. McLean
Donald K. McLean, WSBA #24158
Bauer Moynihan & Johnson LLP:
2101 Fourth Ave., Suite 2400
Seattle, WA 98121
Telephone: (206) 443-3400
Email: dkmclean@bmjlaw.com

**Attorney for Defendants**
**Ocean Beauty Seafood and Bristol Bay Ice, LLC**

## ORDER

The Court finding that the above Stipulation is sufficient, it is hereby ORDERED pursuant to FRCP 41(a) that this action and all claims asserted in it are dismissed with prejudice and without an award of costs or attorneys' fees to either party.

DATED this 6th day of March, 2020.

_/s/ Robert S. Lasnik_
JUDGE ROBERT S. LASNIK

STIPULATION AND ORDER OF DISMISSAL- 2

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7033861.1

Presented by:

/s/ John G. Young
John G. Young, WSBA #12890
Williams Kastner & Gibbs, PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Email: jyoung@williamskastner.com

*Attorneys for Plaintiff*
*Michael Tarabochia*


/s/ Donald K. McLean
Donald K. McLean, WSBA #24158
Bauer Moynihan & Johnson LLP:
2101 Fourth Ave., Suite 2400
Seattle, WA 98121
Telephone: (206) 443-3400
Email: dkmclean@bmjlaw.com

*Attorney for Defendants*
*Ocean Beauty Seafood and Bristol Bay Ice, LLC*

STIPULATION AND ORDER OF DISMISSAL- 3

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7033861.1